| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000007789 | **DATE** 07/09/2026 |
|---|---|---|---|---|

| **NAME** WHITE, Michell | **OFFICER** Chelsea L. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 18-CR-20769-04 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 01/17/2024 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** III | **TOTAL OFFENSE LEVEL** 25 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 06/05/2025 | **REVOCATION DATE** 01/14/2026 | | | |
| | **RECOMMENCED** 02/13/2026 | | | |
| | **EXPIRATION** 02/12/2028 | | | |

| **ASST. U.S. ATTORNEY** Wayne Pratt | **DEFENSE ATTORNEY** Karen Roberts |
|---|---|

**REPORT PURPOSE**

**TO AMEND THE ORIGINAL PETITION FILED ON JUNE 15, 2026**
**(Please note all new information is underlined)**

**ORIGINAL OFFENSE**

Count 1s:  21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 29 months, to be followed by a 36-month term of supervised release.

Modification:  07/28/2025:  Special condition added:  "You shall participate in the Location Monitoring Program for a period of 120 days using (form of technology/location monitoring technology at the officer's discretion) and shall abide by all technology requirements. The participant shall follow all program rules and pay the costs of participating in the location monitoring program, including equipment loss and damage, as directed by the court and/or the officer. You are restricted to your residence at all times except for employment; education; religious services; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations; or essential and discretionary other activities as preapproved by your officer (home detention)."

Revocation Sentence: 01/14/2026: Supervised release revoked.  Sentenced to 60 days in custody, with credit for time served since 12/18/2025, followed by a two-year term of supervised release.  All original mandatory, standard, and special conditions initially imposed remain in full effect.  The following additional special conditions are added:

1. Upon release from imprisonment, you must report to an inpatient drug treatment facility within 7-10 days of your release, and complete at least a 28-day program. You must follow all rules and regulations of that program.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000007789 | DATE 07/09/2026 |
|---|---|---|---|---|

| NAME WHITE, Michell | OFFICER Chelsea L. Harris | JUDGE Laurie J. Michelson | DOCKET # 18-CR-20769-04 |
|---|---|---|---|

2. Following the completion of a 28-day inpatient treatment program, you must report to/transition to a long-term inpatient drug treatment facility, for at least 90 days, and follow all rules and regulations of that program as well as any ongoing treatment recommendations. It is recommended that you complete this program at Paula's House in Monroe, MI.

3. If at any point and time you are removed from any drug treatment program, or do not successfully complete it, for any reason, you are ordered to report in person to the probation department within 24 hours.

4. If you are prescribed any controlled substances at any time during your supervised release, you are to provide the probation officer verification of the prescription within 24 hours.

5. You are to sign a medical release of information, so that your probation officer may obtain records and documentation as it relates to your prescription medication.

ORIGINAL SPECIAL CONDITIONS

1. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must submit to substance abuse testing to determine if you have used a prohibited substance.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition No. 1:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On April 16, 2026, officers from the Detroit (Michigan) Police Department initiated a traffic stop on WHITE. Additional details pertaining to the stop were not made available to the probation department. WHITE was issued traffic citations and released.

WHITE was charged in the 36th District Court, Detroit, Michigan, with Drive While License Suspended (Docket No. SP19003011); and No Insurance Misdemeanor (Docket No. SP19003012). On June 1, 2026, WHITE failed to appear for a scheduled pre-trial hearing and bench warrants were subsequently issued for her arrest, which remain outstanding.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART 1:   PETITION FOR** <br> **WARRANT** | **U. S. Probation Office** <br> Eastern District of Michigan | **PACTS** <br> 000007789 | **DATE** <br> 07/09/2026 |
|---|---|---|---|---|
| **NAME** <br> WHITE, Michell | | **OFFICER** <br> Chelsea L. Harris | **JUDGE** <br> Laurie J. Michelson | **DOCKET #** <br> 18-CR-20769-04 |

**2**      <u>**Violation of Mandatory Condition No. 1:**</u> "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On April 28, 2026, officers from the Detroit (Michigan) Police Department initiated a traffic stop on WHITE.  Additional details pertaining to the stop were not made available to the probation department.  WHITE was issued traffic citations and released.

WHITE was charged in the 36th District Court, Detroit, Michigan, with Drive While License Suspended (Docket No. SP19065592); and Prohibited "U" Turn (Docket No. SP19065591).  On May 27, 2026, WHITE failed to appear for a scheduled arraignment hearing and has a scheduled showcause hearing set for June 17, 2026.

**3**      <u>**Violation of Standard Condition No. 4:**</u> "YOU MUST ANSWER TRUTHFULLY QUESTIONS ASKED BY YOUR PROBATION OFFICER."

WHITE failed to report for a scheduled drug test at Paula's House in Monroe (Michigan) on Friday, May 15, 2026.  This writer attempted to reach out to her several times through the following weekend to inquire how it went, and WHITE failed to ever respond to this writer. On May 18, 2026, this writer directed WHITE to report at a mutual location at Shanle Psychological Services in Taylor (Michigan) for a noncompliance meeting.  WHITE showed up for this meeting over an hour late and maintained that the reason she did not report to Paula's House on May 15, 2026, for her drug test is because she "lost her car keys" and did not have them for the entire weekend.  She further claimed that her granddaughter "must have hid them in a drawer" because that was where she subsequently "found them".  On June 3, 2026, this writer spoke with WHITE's mother about this incident and WHITE claiming she had lost her car keys, to which her mother completely refuted and advised that WHITE had not even been at the apartment that weekend or anywhere around her granddaughter.  She confirmed this was a "complete lie".

**4**      <u>**Violation of Standard Condition No. 5:**</u> "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER.  IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE.  IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

On June 3, 2026, this writer went to WHITE's address in Monroe (Michigan) for an unannounced

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000007789 | **DATE** 07/09/2026 |
|---|---|---|---|---|

| **NAME** WHITE, Michell | **OFFICER** Chelsea L. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 18-CR-20769-04 |
|---|---|---|---|

home visit.  Upon arrival, this writer met with WHITE's mother, who rents the apartment, and she advised that WHITE does not reside there and has not resided there for several months.  She informed this writer that since her release from inpatient drug treatment on March 16, 2026, WHITE had only stayed at her apartment for approximately four days in total, off and on.  She further reported that WHITE directed her mother not to give this writer any information about her whereabouts or regarding the fact that she does not reside there.  She also stated that on the occasions this writer had in fact met with WHITE at the apartment, she would only be there for the purpose of the home visit and would sleep on her couch and would subsequently leave the same or next day.

As of the date of this writing, WHITE's whereabouts are unknown, and she has not contacted this writer in any capacity.  This writer has made numerous attempts to call and text WHITE, in conjunction with the above listed home visit, to no avail. She has made herself unavailable for supervision and has therefore absconded.

**Violation of Standard Condition No. 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."

As noted above in Violations 1-2 of this petition, WHITE had police contact on two occasions in the matter of twelve days.  WHITE failed to report having any police contact until this writer confronted her with the nature of the contact during an office visit on May 1, 2026.

**Violation of Standard Condition No. 13:** "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."

Following WHITE's release from a 28-day inpatient drug treatment facility on March 16, 2026, she was directed on numerous occasions to actively follow through with the instructions being provided by Paula's House in Monroe in order to be admitted for a long-term residential placement.  These instructions included being void of all controlled substances, making ongoing telephone contact as she waited on a bed date, and reporting there as directed in order to submit to urinalyses.  Specifically, WHITE was prohibited from taking Gabapentin, and WHITE alleged she had refrained from the substance in order to gain admittance to Paula's House.  However, after alleging she had not taken any Gabapentin in almost three weeks, WHITE still tested positive for it at an elevated value/level.  On multiple occasions WHITE failed to make phone calls to Paula's House as directed and this writer had to consistently remind her of follow-ups to remain on the wait list.  This writer learned that Paula's House has been holding a bed for her since mid-April, however, due to WHITE's procrastination and lack of follow through, they were unable to accommodate her.  On May 18, 2026, this writer met with WHITE in person and informed her she had one last opportunity to report to Paula's House and submit to a drug test

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000007789 | **DATE** 07/09/2026 |
|---|---|---|---|---|
| **NAME** WHITE, Michell | | **OFFICER** Chelsea L. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 18-CR-20769-04 |

and gave her specific instructions to call the facility on May 25, 2026, and to report for a urinalysis on May 29, 2026.  WHITE failed to follow this writer's instructions, and she has been void of any contact with this writer since.

**7**     **Violation of Special Condition:** "FOLLOWING THE COMPLETION OF A 28-DAY INPATIENT TREATMENT PROGRAM, YOU MUST REPORT TO/TRANSITION TO A LONG-TERM INPATIENT DRUG TREATMENT FACILITY, FOR AT LEAST 90 DAYS, AND FOLLOW ALL RULES AND REGULATIONS OF THAT PROGRAM AS WELL AS ANY ONGOING TREATMENT RECOMMENDATIONS.  IT IS RECOMMENDED THAT YOU COMPLETE THIS PROGRAM AT PAULA'S HOUSE IN MONROE, MI."

WHITE has failed to follow through with the directives for admittance into Paula's House given by this writer as well as the intake coordinator of the facility.  WHITE was ordered to report to Paula's House for a urinalysis on May 11, 2026, however, she failed to report.  She was rescheduled for the drug test on May 15, 2026, and failed to report again with a no-call/no-show.  On May 18, 2026, this writer met with WHITE and informed her that she was required to call the intake coordinator on May 25, 2026, to be provided with further instructions.  WHITE continued to fail to communicate with this writer, and subsequently this writer had to reach out to WHITE again to inquire on her next report date for a drug test at Paula's House.  WHITE informed this writer she would be submitting to a drug test on May 29, 2026, at 1:00pm.  This writer never heard from WHITE thereafter and confirmed with the intake coordinator at Paula's House that WHITE was again a no-call/no-show and they are no longer holding a bed for her.

**8**     **Violation of Mandatory Condition No. 3: "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC TESTS THEREAFTER, AS DETERMINED BY THE COURT."**

On July 1, 2026, WHITE was apprehended by the United States Marshals Service on a warrant issued for her supervised release violation.  While in lockup, WHITE attempted to submit to a urinalysis, however, the specimen appeared diluted/clear in color and was not the proper temperature, per a reading of the drug test cup.  The specimen was sent to the national laboratory for confirmation testing, and those results are still pending.  WHITE then submitted to an Oral Tox 13-panel drug test, which yielded a positive result for cocaine.  WHITE also admitted to recent crack cocaine and marijuana use.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000007789 | **DATE** 07/09/2026 |
|---|---|---|---|---|
| **NAME** WHITE, Michell | | **OFFICER** Chelsea L. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 18-CR-20769-04 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Chelsea L. Harris/lnb/slg (313) 234-5450 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Jeffry W. Konal (313) 234-5407 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[x]   The Above Changes as an Amendment to the Petition Filed on June 15, 2026

[  ]   Other

s/Laurie J. Michelson
United States District Judge

7/10/2026
Date